**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 11-7161

BERNARD MCFADDEN,

Petitioner – Appellant,

v.

SIMON MAJOR, Director of Sumter-Lee Regional Detention
Center,

Respondent - Appellee.

Appeal from the United States District Court for the District of
South Carolina, at Columbia.   J. Michelle Childs, District
Judge.  (3:09-cv-02927-JMC)

Submitted:  December 15, 2011       Decided:  December 20, 2011

Before GREGORY, SHEDD, and DAVIS, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Bernard McFadden, Appellant Pro Se. James M. Davis, Jr., Joel
Steve Hughes, DAVIDSON & LINDEMAN, PA, Columbia, South Carolina,
for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Bernard McFadden appeals the district court's order denying as moot his motion for an extension of time in which to file objections to the magistrate judge's report and recommendation. Because, at this court's direction, McFadden v. Major, No. 11-6280, 2011 WL 2909203 (4th Cir. July 21, 2011), the district court will provide McFadden with a copy of the magistrate judge's report and time to file objections, we conclude that the district court did not err in denying McFadden's motion as moot. We therefore affirm. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED